# United States District Court
## District of Maryland

06-432-M-01

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

James Lee

Case No. 06-203M

**FILED**

OCT 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
U.S. MARSHAL
BALTIMORE MD
2006 JUL 10 P 1:16

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest James Lee and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with (brief description of offense):

See Attached

in violation of Title 18 United States Code, Section(s) 3606

Thomas M. DiGirolamo
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Jill Waryu
(By) Deputy Clerk

July 5, 2006    Greenbelt, MD
Date and Location

Bail fixed at $ No Recommendation

by _Thomas M. DiGirolamo_
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 7-5-06 | DAVID BALDWIN | David Baldwin |
| Date of Arrest 10-10-06 | SDUSM | |

U.S. DISTRICT COURT (Rev 12/98)

United States District Court
for the
DISTRICT OF MARYLAND   06 - 432 - M - 01

U.S.A. vs. James Lee

**FILED**   t No.: 06-203M

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petition on Probation

COMES NOW Christina R. Stockton PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **James Lee** who was placed on supervision for **Possession of Crack Cocaine, No Insurance** by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at Greenbelt, Maryland, on the 5th day of May, 2006 who fixed the period of supervision at **24 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1. The defendant shall report to the probation officer as directed and submit a written report each month; Standard Condition #6 which states that the defendant shall notify the probation officer ten days prior to any change of residence or employment
   By failing to contact the U.S. Probation office for supervision purposes, and failing to provide new contact information to probation officer via written monthly report. By failing to report on June 15, 2006 as instructed.

2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
   Whereas: By failing to report to the Probation Office, this prevented the referral of Mr. Lee to a drug treatment program.

3. The defendant shall reside at and satisfactorily participate in the program of a community corrections facility, half-way house, or similar facility as directed by the Bureau of Prisons, for a period of six (6) months.
   Whereas: By failing to report to the Probation Office, It was impossible to provide Mr. Lee with his date to enter the Volunteers of America Program.

4. The defendant shall be placed on home detention until placement into a halfway house and abide by all the requirements of the program which will include electronic monitoring or other location verification system. During this time the defendant shall be restricted to his/her place of residence except for activities approved in advance by the probation officer. The defendant shall maintain a telephone at his/her place of residence without any "call forwarding", "Caller I.D.", "call waiting", modems, answering machines, cordless telephones, or other special services for above period.
   Whereas, Mr. Lee failed to report to the Probation office to begin electronic monitoring.

5. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.
   Whereas: By failing to report to the Probation Office, this prevented the referral of Mr. Lee to a vocational or educational program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Continues on following page

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of James Lee for alleged violations of probation or term of supervised release.

ORDER OF COURT
Considered and ordered as prayed this 27th day of June, 2006 and ordered filed and made a part of the records in the above case.

Thomas M. DiGirolamo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Christina R. Stockton, U.S. Probation Officer

Place Greenbelt, Maryland

Date June 26, 2006

LEE, James
Violation Report
Page 2

6. The defendant shall notify the probation officer ten days prior to any change of residence or employment.
By failing to provide change of address information to Probation Officer.

7. The defendant shall permit a probation officer to visit at home or elsewhere and shall permit confiscation of any contraband observed in plain view.
By failing to provide Probation officer with home address, this prohibited supervision and home verification of the defendant Statutory Condition which states that the defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.
By failing to report since May 5, 2006 to the probation office.