**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 10/13/06

OCT 1 7 2006

**Nancy Mayer-Whittington**
**Clerk of the Court**

Address of Other Court: United States District Court
United States Courthouse Ste 200
6500 Cherrywood Lane
Greenbelt, Md. 20770

RE: 06-432M James Lee

**FILED**

**OCT 2 5 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   | Docket Sheet |   | Warrant of Removal |
|---|---|---|---|
| X | Warrant/Pet on Probation |   | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond |   |   |
| X | Other-Blotter dated 10/10/06 |   |   |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk